**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6808

ROBERT CHARLES HUMPLE,

Plaintiff - Appellant,

v.

SGT- R. MORSE; BLANKENSHIP, CO II / Correctional Prison Official; DANIELS, CO II / Correctional Prison Official,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:18-cv-00133-RGD-RJK)

Submitted: March 16, 2023                    Decided: April 11, 2023

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Charles Humple, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Charles Humple appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking reconsideration of the district court's order dismissing without prejudice Humple's 42 U.S.C. § 1983 action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Humple v. Morse*, No. 2:18-cv-00133-RGD-RJK (E.D. Va. June 21, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
